UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>(4) JAMES ADAMS, a/k/a "JIMMY,"<br><br>Defendant. | Case No. 24-cr-10121-FDS |

**ASSENTED-TO MOTION FOR RULE 11 HEARING**

The defendant, James Adams, respectfully requests that the Court schedule a change of plea hearing, pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

The defendant also requests that the Status Conference scheduled for December 15, 2025 be cancelled.

The government assents to this motion.

                                                     Respectfully submitted,

                                                     */s/ George W. Vien*
                                                     George W. Vien (BBO #547411)
                                                     Pietro A. Conte (BBO #707055)
                                                     DONNELLY, CONROY & GELHAAR, LLP
                                                     260 Franklin Street, Suite 1600
                                                     Boston, Massachusetts 02110
                                                     T: (617) 720-2880
                                                     gwv@dcglaw.com
                                                     pac@dcglaw.com

Dated: December 8, 2025

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

    I hereby certify that I attempted to confer with counsel for the government to attempt to resolve or narrow the issues contained in this motion.  The government assents to this motion.

                                                             */s/ George W. Vien*  
                                                             George W. Vien

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on December 8, 2025.

                                                             */s/ Pietro A. Conte*  
                                                            Pietro A. Conte